# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br><br>vs.<br><br>JERRY URKEVICH,<br><br>                        Defendant. | 8:03CR37<br><br>MEMORANDUM AND ORDER |

This matter is before the Court on the Defendant's Motion to Reduce Sentence, ECF No. 170, and his correspondence, filed as a Motion to Withdraw Document, ECF No. 171, submitted after the Defendant received a copy of the Court's Memorandum and Order, ECF No. 169.

IT IS ORDERED:

1. Defendant Jerry Urkevich's Motion to Withdraw Document, ECF No. 171, is granted;
2. Defendant Jerry Urkevich's Motion to Reduce Sentence, ECF No. 170, is deemed withdrawn, without prejudice; and
3. The Clerk will mail a copy of this Memorandum and Order to the Defendant at his last known address.

Dated this 4th day of June 2019.

                                                      BY THE COURT:

                                                      s/Laurie Smith Camp<br>
                                                      Senior United States District Judge