# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>JERRY URKEVICH,<br><br>　　　　　　Defendant. | 8:03CR37<br><br>MEMORANDUM AND ORDER |

This matter is before the Court on the Government's Motion for Extension of Time to Appeal. For the reasons stated in the Motion, the Court finds good cause for the extension of time for filing a notice of appeal pursuant to Fed. R. App. P. 4(b)(4). Accordingly, the Government's time for filing an appeal of the Court's Memorandum and Order, and Judgment, of November 14, 2019, ECF Nos. 179 and 180, is extended to December 28, 2019.

IT IS ORDERED:

1. the Government's Motion for Extension of Time to Appeal, ECF No. 181, is granted;

2. The Government's time for filing an appeal of this Court's Memorandum and Order, and Judgment, of November 14, 2019, ECF Nos. 179 and 180, is extended to December 28, 2019; and

3. The Clerk will send a copy of this Memorandum and Order to the Defendant at his last known address.

Dated this 4th day of December 2019.

　　　　　　　　　　　　　　　　　　　BY THE COURT:

s/Laurie Smith Camp
Senior United States District Judge